If case is dismissed before or within 6 months of confirmation the case will be dismissed with prejudice.

**This order is SIGNED.**

**Dated: June 8, 2023**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*slo*

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
### FOR THE District of Utah

| | |
|---|---|
| IN RE: | **CASE: 23-20895** |
| John Arthur Stallings | **CHAPTER 13** |
| | **HON. KEVIN R. ANDERSON** |
| **Debtor** | Confirmation Hearing:May 30, 2023 |

## ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on May 30, 2023 2:00 pm. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

New 341 meeting and confirmation hearing to be scheduled by the Clerk of the Court.

Deadline to file objections to discharge is extended 60 days from 341 meeting. Deadline to file objections to exemptions is extended 30 days from 341 meeting.

If debtor fails to appear at new 341 meeting the case will be dismissed with prejudice.

Debtor to be current on plan payments by 06/29/2023 or the case will be dismissed without further notice or hearing upon declaration by the Trustee with prejudice.

Debtor to provide to the Trustee the petition bank statements, current pay advice by June 9th or the case will be dismissed with prejudice.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on May 31, 2023.

ROBERT S. PAYNE,  ECF Notification

AARON WAITE, USTC, ECF NOTIFICATION

/s/ Stephanie Beals

## DESIGNATION OF PARTIES TO BE SERVED

John Arthur Stallings, 8922 North Greenbriar Dr., Eagle Mountain, UT  84005

ROBERT S. PAYNE,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION

AARON WAITE, USTC, ECF NOTIFICATION