Robert S. Payne, #8629
8833 S. Redwood Road, Suite C
West Jordan, UT 84088
801-980-1313
robertspaynelaw@gmail.com
*Attorney for Debtors*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 23-20895 |
| JOHN STALLINGS | Chapter 13 |
| Debtor. | Filed Electronically |
| | KRA |

## DECLARATION OF CLAIMS REVIEW

Debtor, by and through counsel, declares that all claims have been reviewed and all necessary objections filed.

Dated this 2nd day of January, 2024.

/s/ Robert S. Payne

_____

Robert S. Payne